MEMORANDUM OPINION

 

No. 04-10-00859-CR

 

Esteban PEREZ,

Appellant



v.

 

The STATE of
Texas,

Appellee

 

From the 186th
Judicial District Court, Bexar County, Texas

Trial Court No. 2008-CR-7664W

Honorable Maria
Teresa Herr, Judge Presiding

 

PER CURIAM

 

Sitting:          Phylis J.
Speedlin, Justice

                     Rebecca
Simmons, Justice

                     Steven
C. Hilbig, Justice

 

Delivered and
Filed:  January 26, 2011

 

DISMISSED

 

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a).  See Tex. R. App. P. 42.2(a).  The motion is
granted and this appeal is dismissed.  See id.  

 

PER
CURIAM

 

DO NOT PUBLISH